

**ORDERED in the Southern District of Florida on May 16, 2013.**

John K. Olson, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

IN RE:

SOCA IMAGING, INC.,                         Case No.: 10-11265-JKO
NAVIX IMAGING, INC.,                        Chapter 7 Cases
                                            (Jointly Administered)

        Debtors.

_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR SUBSTANTICE CONSOLIDATION OF JOINTLY ADMINISTERED DEBTORS (ECF 763)

THIS MATTER came before the Court for hearing on May 14, 2013 in Fort Lauderdale on Trustee's Motion for Substantive Consolidation of Jointly Administered Debtors *(ECF No.: 763)*. The Court having considered the Motion, and for all the reasons stated on the record and being otherwise duly advised in the premises, it is hereby:

ORDERED AND ADJUDGED that:

1.    The Motion is **GRANTED.**

2.    Case Number 10-11265 (Soca Imaging, Inc.) and Case Number 10-11268 (Navix Imaging, Inc) are hereby substantively consolidated under lead case number 10-11265 (Soca Imaging, Inc.).

2

      3.      All filings with the Court whether related to Soca Imaging, Inc. or Navix Imaging, Inc. are to be filed under Case Number: 10-11265 (Soca Imaging, Inc.).

      4.      The claims bar dates in the 10-11265 case (Soca Imaging, Inc.) and in the 10-11268 case (Navix Imaging, Inc.) have already passed. The Trustee will administer any claim filed in 10-11268 (Navix Imaging, Inc) with the claims filed in 10-11265 (Soca Imaging, Inc.).

      5.      The Trustee is authorized to transfer any and all funds in the bank account of Navix Imaging, Inc into the bank account of Soca Imaging, Inc. upon this Order becoming final and without further Court Order from the Court.

###

Submitted by:
Les Osborne, Esquire
Rappaport Osborne & Rappaport, PL
Attorneys for Trustee
1300 N. Federal Hwy., #203
Boca Raton, FL  33432
Tel:  561-368-2200
Facsimile:  561-338-0350

Les Osborne, Esq. is directed to serve a copy of this order to all interested parties and file a certificate of service.